

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00300-CR

JONATHAN DAVID TSUCHIYA                                                    APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

## FROM COUNTY CRIMINAL COURT NO. 4 OF TARRANT COUNTY
## TRIAL COURT NO. 1373156

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jonathan David Tsuchiya attempts to appeal a trial court order finding him incompetent to stand trial and committing him to a mental-health facility.  *See* Tex. Code Crim. Proc. Ann. art. 46B.005 (West 2006), art. 46B.073 (West Supp. 2014).  On August 27, 2014, we notified Tsuchiya of our concern that we lack jurisdiction over this appeal because the trial court's order is not

---

[1]*See* Tex. R. App. P. 47.4.

appealable.  *See id.* art. 46B.011 (West 2006) ("Neither the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling under Article 46B.005.").  We informed him that the appeal would be dismissed unless he or any party desiring to continue the appeal filed a response showing grounds to continue the appeal.  We received a pro se response from Tsuchiya, but it does not show grounds for continuing the appeal.  Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 23, 2014